# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLIBURTON ENERGY SEVICES, INC., | Case No.: 1:19-cv-279-DAD-JLT |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| AARON CARTER, et al., | (Doc. 4) |
| Defendants. | |

On April 29, 2019, Halliburton Energy Services, Inc., filed a Notice of Dismissal, indicating the company dismissed the action pursuant to Rule 41(a)(1)(A) (Doc. 4 at 1), which provides "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not appeared or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **April 30, 2019**           **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE